UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CUI MEI LIN,<br><br>    Defendant. | Case No.: 20-CR-2281-JLS<br><br>**ORDER TO POSTPONE BOP SELF-SURRENDER DATE AND CONTINUE STATUS HEARING** |

Pursuant to the motion of Defendant CUI MEI LIN by and through her attorney, Megan E. Foster, and unopposed by Assistant U.S. Attorney Matthew Brehm, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the May 14, 2021 BOP report date be extended for an additional forty-five (45) days, and that CUI MEI LIN shall now self-surrender on or before July 2, 2021, at 12:00 pm. It is further ordered that the Status Hearing currently set for May 21, 2021 at 9:00 am is hereby continued to July 9, 2021 at 9:00 am.

  **IT IS SO ORDERED.**

Dated: May 12, 2021

Hon. Janis L. Sammartino
United States District Judge