# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | Case No.: 20-CR-2281-JLS |
|---|---|
| Plaintiff, | **ORDER TO POSTPONE BOP SELF-SURRENDER DATE AND CONTINUE STATUS HEARING** |
| v. | |
| CUI MEI LIN, | |
| Defendant. | |

Pursuant to the motion of Defendant CUI MEI LIN by and through her attorney, Megan E. Foster, and unopposed by Assistant U.S. Attorney Tim Coughlin, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the July 2, 2021, BOP report date be extended for an additional fourteen (14) days, and that CUI MEI LIN shall now self-surrender on or before noon on July 16, 2021, at 12:00 pm. It is further ordered that the Status Hearing currently set for July 9, 2021 at 9:00 am is hereby continued to July 23, 2021 at 9:00 am.

**IT IS SO ORDERED.**

Dated: July 1, 2021

Hon. Janis L. Sammartino
United States District Judge